**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SCARLETH SAMARA, on behalf of herself and other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>IDT TELECOM, INC.,<br><br>    Defendant. | NO.: 2:19-CV-09330<br><br>HON. JUDGE IVAN L.R. LEMELLE<br><br>MAG. JUDGE KAREN WELLS ROBY |

**DEFENDANT IDT TELECOM, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR IN THE ALTERNATIVE TO STAY THIS CASE**

NOW COMES Defendant IDT Telecom, Inc., by and through undersigned counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and respectfully moves this Court to enter an order compelling Plaintiff Scarleth Samara ("Plaintiff") to arbitrate her claims on an individual basis and to dismiss Plaintiff's Complaint or, in the alternative, to stay this action pending the outcome of such arbitration.[1]  In the Complaint, Plaintiff purports to bring claims

---

[1]    IDT has filed this Motion in lieu of an answer to the Complaint. *See Lamin v. Morinda Props. Weight Parcel, LLC*, 440 Fed. Appx. 604, 607 (10th Cir. 2011) ("A defendant in a pending lawsuit may file a petition or motion to compel arbitration in lieu of an answer to the complaint."); *Praxis Capital & Inv. Mgmt. Ltd v. Gemini Holdings I, LLC*, No. 2:15-CV-2912, 2016 WL 2853591, at *3 (S.D. Ohio May 16, 2016) (recognizing the Supreme Court has assumed that filing a motion to compel arbitration instead of answer is permissible) (citing *Green Tree Fin. Corp. v. Randolph*, 531 U.S. 79, 83 (2000)); *see also MQDC, Inc. v. Steadfast Ins. Co.*, 2013 WL 6388624, at *6 (E.D.N.Y. Dec. 6, 2013) (ruling on defendant's motion to compel arbitration filed in lieu of an answer); *Whaley v. T-Mobile, Inc.*, 2013 WL 5155342, at *2 (E.D. Ky. Sept. 12, 2013) (same).  In the event that this Court finds that, in addition to its Motion, IDT must also file an answer or otherwise responsive pleading, IDT respectfully requests that the Court stay IDT's

against IDT individually and on behalf of a purported putative class for alleged violations of the Telephone Consumer Protection Act in connection with text messages sent by IDT to cellular phone numbers.

Plaintiff must be compelled to arbitrate any purported claims against IDT and on an individual basis pursuant to the parties' agreement, which includes a mandatory arbitration provision and a class action waiver. The agreement between the parties was formed when Plaintiff indicated her acceptance to the terms of use of the mobile application as was necessary in order to activate or use the mobile application, as Plaintiff subsequently did.

Accordingly, for these reasons, and as more fully set forth in the accompanying Memorandum of Law, Plaintiff's Complaint should be dismissed or, in the alternative, the case should be stayed pending the outcome of the arbitration.

Wherefore, IDT respectfully requests that this Court: (1) compel Plaintiff to submit her claims to arbitration on an individual basis, and (2) dismiss Plaintiff's Complaint, or, in the alternative, stay this matter pending the outcome of the arbitration.

---

deadline to file an answer or otherwise respond to the Complaint pending the outcome of IDT's Motion to Compel Arbitration.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

s/Erika M. Cunningham_____
**ERIKA M. CUNNINGHAM**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0402
Telefax:         (504) 287-0442
Email: ecunningham@burglass.com
Attorneys for IDT Telecom, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of July, 2019, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

                                                s/Erika M. Cunningham_____
                                                ERIKA M. CUNNINGHAM