# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCARLETH SAMARA, on behalf of herself and other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>IDT TELECOM, INC.,<br><br>    Defendant. | No.: 2:19-cv-09330<br><br>Honorable Judge Ivan L.R. Lemelle<br><br>Magistrate Judge Karen Wells Roby |

## AGREED STIPULATION OF DISMISSAL AND CONSENT TO ARBITRATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Scarleth Samara ("Plaintiff") and Defendant IDT Telecom, Inc. ("Defendant"), through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that in light of Defendant's pending Motion to Compel Arbitration (Dkt. No. 10), the parties have agreed to (i) proceed with arbitration on an individual, not class-wide, basis, and (ii) dismiss the case on an individual, not class-wide basis, without prejudice.

Dated: August 19, 2019                                        Respectfully submitted,

By: */s/ Erika M. Cunningham*
Erika M. Cunningham
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0402
Telefax: (504) 287-0442
Email: ecunningham@burglass.com
*Attorneys for IDT Telecom, Inc.*

*/s/ Jonathan Mille Kirkland*
Roberto Luis Costales
William H. Beaumont
Jonathan Mille Kirkland
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I served a copy of the foregoing on counsel for Defendant via the Court's CM/ECF system.

*/s/ Jonathan Mille Kirkland*