```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

**SCARLETH SAMARA, ET AL.**                         **CIVIL ACTION**

**VERSUS**                                          **NO. 19-09330**

**IDT TELECOM, INC.**                               **SECTION "B"(4)**

### ORDER

Considering the "Agreed Stipulation of Dismissal and Consent to Arbitration" (Rec. Doc. 14),

**IT IS HERBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Scarleth Samara's claims against defendant IDT Telecom, Inc. are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana this 20th day of August, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE